(124 So. 667)
### WHITEHURST v. CITY OF MOBILE.
### (I Div. 870.)

Court of Appeals of Alabama. Nov. 19, 1929.

BRICKEN, P. J. In appeals of this character the law requires assignment of errors and brief by appellant as in civil cases. Upon investigation of this record we find that this law has not been complied with; there are no assignment of errors, nor appellant's brief on file. The cause is here submitted upon motion of appellee to affirm the judgment from which this appeal was taken. For the reasons stated, the motion is granted, and the judgment of the lower court is affirmed.

Affirmed.